IN THE PARMA MUNICIPAL COURT

CUYAHOGA COUNTY, OHIO


FILED
PARMA MUNICIPAL COURT
18 OCT 12 PM 2:39

STATE OF OHIO

CITY OF SEVEN HILLS

CASE NUMBER: 18MIS013

vs.

JUDGE: DEANNA O'DONNELL

DENNIS H GLENDENNING

**JUDGMENT ENTRY**

This matter came before this Court on October 11, 2018, for a hearing pursuant to ORC 959.132(E). Based on the evidence and testimony, this Court finds that the officer did impound 131 cats from the Defendant's property; that said officer had probable cause to believe that the animal(s) were the subject of a violation of ORC 959.131; and that Defendant is the owner of the animal(s)

This Court further finds that $450.00/month is reasonably needed for the care of the animal(s) from the date of seizure until 12-1-2018.

Therefore, pursuant to ORC 959.132(E)(3), the Defendant shall post a deposit in the amount of $58,950 to the Cleveland Animal Protective League, (APL) at 1729 Wiley Avenue, Cleveland, OH 44113 no later than 10/19/2018.

The Defendant shall renew the deposit by posting, no later than ten days following the expiration of the period for which the previous deposit was posted, a new deposit with the Cleveland (APL) to provide for the animal(s) care and keeping for not less than thirty days beginning on the date on which the previous period expired. If the Defendant fails to pay such a deposit(s) by the said date, then the APL shall have the authority to dispose of the animal(s) as it deems appropriate.

IT IS SO ORDERED

_____
Judge Deanna O'Donnell

JOURNAL BOOK/PAGE 696 - 440  PRINT DATE 10/11/2018 03:26:05 PM

KK

Exhibit A