## IN THE PARMA MUNICIPAL COURT
## CUYAHOGA COUNTY, OHIO

STATE OF OHIO        )    CASE NO.  18CRB04963
                           )
vs.                  )    JUDGE DEANNA O'DONNELL
                           )
DENNIS GLENDENNING      )
6069 Crossview Road        )
Seven Hills, OH 44131      )
                           )    **COMPLAINT**
                           )

*******************************************************************

### Count 1

Complainant, being duly sworn, states as follows:

On or about September 20, 2018, through September 26, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one or more of 5 cats known as "Fiddy", "Nikki", "Gaga", "Missy" and "TI"**, did negligently torture, torment, or commit an act of cruelty against the companion animal, in violation of §959.131(D)(1) of the Ohio Revised Code, a misdemeanor of the second degree.

                                   #1
                           Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.

                              Notary Public/Deputy Clerk

FILED
PARMA MUNICIPAL COURT
18 OCT 30 AM 9: 17

**Exhibit B**

IN THE PARMA MUNICIPAL COURT
CUYAHOGA COUNTY, OHIO

STATE OF OHIO ) CASE NO. 18CRB041963
)
vs. ) JUDGE DEANNA O'DONNELL
)
DENNIS GLENDENNING )
6069 Crossview Road )
Seven Hills, OH 44131 ) **COMPLAINT**
)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Count 2

Complainant, being duly sworn, states as follows:

On or about September 1, 2018, through October 2, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one cat known as "Copper 8"**, did negligently torture, torment, or commit an act of cruelty against the companion animal, in violation of §959.131(D)(1) of the Ohio Revised Code, a misdemeanor of the second degree.

_____ #1
Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.

FILED
PARMA MUNICIPAL COURT
19 OCT 30 AM 9: 17

_____
Notary Public/Deputy Clerk



**Exhibit B**

IN THE PARMA MUNICIPAL COURT
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO | ) | CASE NO. 18CRB04963 |
| | ) | |
| vs. | ) | JUDGE DEANNA O'DONNELL |
| | ) | |
| DENNIS GLENDENNING | ) | |
| 6069 Crossview Road | ) | |
| Seven Hills, OH 44131 | ) | **COMPLAINT** |
| | ) | |

**********************************************************************

### Count 3

Complainant, being duly sworn, states as follows:

On or about September 1, 2018 through October 2, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one cat known as "Dale 9"**, did negligently torture, torment, or commit an act of cruelty against the companion animal, in violation of §959.131(D)(1) of the Ohio Revised Code, a misdemeanor of the second degree.

_____
Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.

_____
Notary Public/Deputy Clerk

FILED
PARMA MUNICIPAL COURT
18 OCT 30 AM 9: 17

**Exhibit B**

IN THE PARMA MUNICIPAL COURT
CUYAHOGA COUNTY, OHIO

STATE OF OHIO                          )          CASE NO. 18CRB0A963
                                       )
        vs.                            )          JUDGE DEANNA O'DONNELL
                                       )
DENNIS GLENDENNING                     )
6069 Crossview Road                    )
Seven Hills, OH 44131                  )          **COMPLAINT**
                                       )

*************************************************************

### Count 4

Complainant, being duly sworn, states as follows:

On or about September 1, 2018, through October 2, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one cat known as "Chip 14"**, did negligently torture, torment, or commit an act of cruelty against the companion animal, in violation of §959.131(D)(1) of the Ohio Revised Code, a misdemeanor of the second degree.

_____
Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.

_____
Notary Public/Deputy Clerk

**Exhibit B**

IN THE PARMA MUNICIPAL COURT
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| STATE OF OHIO | CASE NO. 18CRB04963 |
| vs. | JUDGE DEANNA O'DONNELL |
| DENNIS GLENDENNING<br>6069 Crossview Road<br>Seven Hills, OH 44131 | **COMPLAINT** |

*******************************************************************

### Count 5

Complainant, being duly sworn, states as follows:

On or about September 1, 2018, through October 2, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one cat known as "Alice 18"**, did negligently torture, torment, or commit an act of cruelty against the companion animal, in violation of §959.131(D)(1) of the Ohio Revised Code, a misdemeanor of the second degree.

_____
Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.

_____
(Notary Public/Deputy Clerk

FILED
PARMA MUNICIPAL COURT
18 OCT 30 AM 9: 17

**Exhibit B**

IN THE PARMA MUNICIPAL COURT
CUYAHOGA COUNTY, OHIO

STATE OF OHIO  )  CASE NO. 18CRB03963
  )
vs.  )  JUDGE DEANNA O'DONNELL
  )
DENNIS GLENDENNING  )
6069 Crossview Road  )
Seven Hills, OH 44131  )  **COMPLAINT**
  )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Count 6

Complainant, being duly sworn, states as follows:

On or about September 1, 2018, through October 2, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one cat known as "Hayley 23"**, did negligently torture, torment, or commit an act of cruelty against the companion animal, in violation of §959.131(D)(1) of the Ohio Revised Code, a misdemeanor of the second degree.

$\underline{\hspace{2cm}}$ D. /  #1
Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.

Kim Chippy
Notary Public/Deputy Clerk

PARMA MUNICIPAL COURT
FILED
18 OCT 30 AM 9: 17



## IN THE PARMA MUNICIPAL COURT
## CUYAHOGA COUNTY, OHIO

STATE OF OHIO )  CASE NO. 18CRB049603

vs. )  JUDGE DEANNA O'DONNELL

DENNIS GLENDENNING )
6069 Crossview Road )
Seven Hills, OH 44131 )  **COMPLAINT**
)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Count 7

Complainant, being duly sworn, states as follows:

On or about September 1, 2018, through October 2, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one cat known as "Splenda 26"**, did negligently torture, torment, or commit an act of cruelty against the companion animal, in violation of §959.131(D)(1) of the Ohio Revised Code, a misdemeanor of the second degree.

_____
Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.

_____
Notary Public/Deputy Clerk

## IN THE PARMA MUNICIPAL COURT
## CUYAHOGA COUNTY, OHIO

STATE OF OHIO ) CASE NO. 18CRB024963

vs. ) JUDGE DEANNA O'DONNELL

DENNIS GLENDENNING )
6069 Crossview Road )
Seven Hills, OH 44131 ) **COMPLAINT**

)

*************************************************

### Count 8

Complainant, being duly sworn, states as follows:

On or about  September 1, 2018, through October 2, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one cat known as "Marcus 29"**, did negligently torture, torment, or commit an act of cruelty against the companion animal, in violation of §959.131(D)(1) of the Ohio Revised Code, a misdemeanor of the second degree.

_____
Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.

_____
Notary Public/Deputy Clerk

FILED
PARMA MUNICIPAL COURT
18 OCT 30  AM 9: 17

**Exhibit B**

## IN THE PARMA MUNICIPAL COURT
## CUYAHOGA COUNTY, OHIO

STATE OF OHIO )
)
vs. )
)
DENNIS GLENDENNING )
6069 Crossview Road )
Seven Hills, OH 44131 )
)

CASE NO. 18CRB031963

JUDGE DEANNA O'DONNELL

**COMPLAINT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Count 9

Complainant, being duly sworn, states as follows:

On or about September 1, 2018, through October 2, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one cat known as "Flynn 38"**, did negligently torture, torment, or commit an act of cruelty against the companion animal, in violation of §959.131(D)(1) of the Ohio Revised Code, a misdemeanor of the second degree.

_____
Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.

_____
Notary Public/Deputy Clerk

FILED
PARMA MUNICIPAL COURT
18 OCT 30 AM 9: 17

**Exhibit B**

IN THE PARMA MUNICIPAL COURT
CUYAHOGA COUNTY, OHIO

STATE OF OHIO )  CASE NO. 18CPB04963
)
vs. )  JUDGE DEANNA O'DONNELL
)
DENNIS GLENDENNING )
6069 Crossview Road )
Seven Hills, OH 44131 )  **COMPLAINT**
)

************************************************************

### Count 10

Complainant, being duly sworn, states as follows:

On or about September 1, 2018, through October 2, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one cat known as "Hans 42"**, did negligently torture, torment, or commit an act of cruelty against the companion animal, in violation of §959.131(D)(1) of the Ohio Revised Code, a misdemeanor of the second degree.

_____
Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.

_____
Notary Public/Deputy Clerk

FILED
PARMA MUNICIPAL COURT
18 OCT 30 AM 9: 17



**Exhibit B**

## IN THE PARMA MUNICIPAL COURT
## CUYAHOGA COUNTY, OHIO

STATE OF OHIO ) CASE NO. 18CRB049163
)
vs. ) JUDGE DEANNA O'DONNELL
)
DENNIS GLENDENNING )
6069 Crossview Road )
Seven Hills, OH 44131 ) **COMPLAINT**
)

*******************************************************************

### Count 11

Complainant, being duly sworn, states as follows:

On or about September 1, 2018, through October 2, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one cat known as "Bianca 45"**, did negligently torture, torment, or commit an act of cruelty against the companion animal, in violation of §959.131(D)(1) of the Ohio Revised Code, a misdemeanor of the second degree.

_____
Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.

_____
Notary Public/Deputy Clerk

PARMA MUNICIPAL COURT FILED
18 OCT 30 AM 9: 17

**Exhibit B**

# IN THE PARMA MUNICIPAL COURT
## CUYAHOGA COUNTY, OHIO

STATE OF OHIO

vs.

DENNIS GLENDENNING
6069 Crossview Road
Seven Hills, OH 44131

)
)
)
)
)
)
)
)

CASE NO. 18CRB04963

JUDGE DEANNA O'DONNELL

**COMPLAINT**

*********************************************************

## Count 12

Complainant, being duly sworn, states as follows:

On or about September 1, 2018, through October 2, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one cat known as "Elsa 47"**, did negligently torture, torment, or commit an act of cruelty against the companion animal, in violation of §959.131(D)(1) of the Ohio Revised Code, a misdemeanor of the second degree.

Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.

Notary Public/Deputy Clerk

PARMA MUNICIPAL COURT FILED
18 OCT 30 AM 9:17

**Exhibit B**

## IN THE PARMA MUNICIPAL COURT
## CUYAHOGA COUNTY, OHIO

STATE OF OHIO ) CASE NO. 18CRB01463
)
vs. ) JUDGE DEANNA O'DONNELL
)
DENNIS GLENDENNING )
6069 Crossview Road )
Seven Hills, OH 44131 ) **COMPLAINT**
)
)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Count 13

Complainant, being duly sworn, states as follows:

On or about September 1, 2018, through October 2, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one cat known as "Homer 57"**, did negligently torture, torment, or commit an act of cruelty against the companion animal, in violation of §959.131(D)(1) of the Ohio Revised Code, a misdemeanor of the second degree.

_____
Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.

_____
Notary Public/Deputy Clerk

FILED
PARMA MUNICIPAL COURT
18 OCT 30 AM 9: 17

**Exhibit B**

IN THE PARMA MUNICIPAL COURT
CUYAHOGA COUNTY, OHIO

STATE OF OHIO )    CASE NO. 18CRB04963
)
vs. )    JUDGE DEANNA O'DONNELL
)
DENNIS GLENDENNING )
6069 Crossview Road )
Seven Hills, OH 44131 )    **COMPLAINT**
)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Count 14

Complainant, being duly sworn, states as follows:

On or about  September 1, 2018, through October 2, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one cat known as "Brad 84"**, did negligently torture, torment, or commit an act of cruelty against the companion animal, in violation of §959.131(D)(1) of the Ohio Revised Code, a misdemeanor of the second degree.

_____
Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.

_____
Notary Public/Deputy Clerk

FILED
PARMA MUNICIPAL COURT
18 OCT 30 AM 9: 17



**Exhibit B**

## IN THE PARMA MUNICIPAL COURT
## CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| STATE OF OHIO | CASE NO. 18CRB04F163 |
| vs. | JUDGE DEANNA O'DONNELL |
| DENNIS GLENDENNING<br>6069 Crossview Road<br>Seven Hills, OH 44131 | **COMPLAINT** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Count 15

Complainant, being duly sworn, states as follows:

On or about  September 1, 2018, through October 2, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one cat known as "Kimmy 88"**, did negligently torture, torment, or commit an act of cruelty against the companion animal, in violation of §959.131(D)(1) of the Ohio Revised Code, a misdemeanor of the second degree.

_____
Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.

_____
Notary Public/Deputy Clerk

PARMA MUNICIPAL COURT
FILED
18 OCT 30 AM 9: 17

**Exhibit B**

IN THE PARMA MUNICIPAL COURT
CUYAHOGA COUNTY, OHIO

STATE OF OHIO )    CASE NO. 18CRB0Rd3

vs. )    JUDGE DEANNA O'DONNELL

DENNIS GLENDENNING )
6069 Crossview Road )
Seven Hills, OH 44131 )    **COMPLAINT**
)

*****************************************************

### Count 16

Complainant, being duly sworn, states as follows:

On or about  September 1, 2018, through October 2, 2018, at 6069 Crossview
Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the
custodian or caretaker of a companion animal, to wit **one cat known as "Barnum
123"**, did negligently torture, torment, or commit an act of cruelty against the
companion animal, in violation of §959.131(D)(1) of the Ohio Revised Code, a
misdemeanor of the second degree.

_____
Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this
29th day of October, 2018.

_____
Notary Public/Deputy Clerk

PARMA MUNICIPAL COURT
FILED
18 OCT 30  AM 9: 17

**Exhibit B**

IN THE PARMA MUNICIPAL COURT
CUYAHOGA COUNTY, OHIO

STATE OF OHIO                    )    CASE NO. 18CRB049663
                                 )
vs.                              )    JUDGE DEANNA O'DONNELL
                                 )
DENNIS GLENDENNING               )
6069 Crossview Road              )
Seven Hills, OH 44131            )    **COMPLAINT**
                                 )

*************************************************************

### Count 17

Complainant, being duly sworn, states as follows:

On or about  September 1, 2018, through October 2, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one or more of 20 cats known as "1" through "20"**, did negligently torture, torment, or commit an act of cruelty against the companion animal, in violation of §959.131(D)(1) of the Ohio Revised Code, a misdemeanor of the second degree.

_____
Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.

_____
Notary Public/Deputy Clerk

FILED
PARMA MUNICIPAL COURT
18 OCT 30  AM 9: 18

**Exhibit B**

### IN THE PARMA MUNICIPAL COURT
### CUYAHOGA COUNTY, OHIO

STATE OF OHIO                    )        CASE NO. 18CRB O4963
                                 )
vs.                              )        JUDGE DEANNA O'DONNELL
                                 )
DENNIS GLENDENNING               )
6069 Crossview Road              )
Seven Hills, OH 44131            )        **COMPLAINT**
                                 )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

#### Count 18

Complainant, being duly sworn, states as follows:

On or about September 1, 2018, through October 2, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one or more of 19 cats known as "21" through "40"**, did negligently torture, torment, or commit an act of cruelty against the companion animal, in violation of §959.131(D)(1) of the Ohio Revised Code, a misdemeanor of the second degree.


_____ #1
Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.


_____
Notary Public/Deputy Clerk

FILED
PARMA MUNICIPAL COURT
18 OCT 30 AM 9:18

**Exhibit B**

IN THE PARMA MUNICIPAL COURT
CUYAHOGA COUNTY, OHIO

STATE OF OHIO ) CASE NO. 18CRB 04963
)
vs. ) JUDGE DEANNA O'DONNELL
)
DENNIS GLENDENNING )
6069 Crossview Road )
Seven Hills, OH 44131 ) COMPLAINT
)

*******************************************************

## Count 19

Complainant, being duly sworn, states as follows:

On or about September 1, 2018, through October 2, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one or more of 19 cats known as "41" through "60"**, did negligently torture, torment, or commit an act of cruelty against the companion animal, in violation of §959.131(D)(1) of the Ohio Revised Code, a misdemeanor of the second degree.

_____
Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.

_____
Notary Public/Deputy Clerk

PARMA MUNICIPAL COURT
FILED
18 OCT 30  AM 9:16

**Exhibit B**

## IN THE PARMA MUNICIPAL COURT
## CUYAHOGA COUNTY, OHIO

STATE OF OHIO ) CASE NO. 18CRB6U963
)
vs. ) JUDGE DEANNA O'DONNELL
)
DENNIS GLENDENNING )
6069 Crossview Road )
Seven Hills, OH 44131 ) **COMPLAINT**
)

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

### Count 20

Complainant, being duly sworn, states as follows:

On or about September 1, 2018, through October 2, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one or more of 19 cats known as "61" through "80"**, did negligently torture, torment, or commit an act of cruelty against the companion animal, in violation of §959.131(D)(1) of the Ohio Revised Code, a misdemeanor of the second degree.

_____ #/
Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.

_____
Notary Public/Deputy Clerk



**Exhibit B**

## IN THE PARMA MUNICIPAL COURT
## CUYAHOGA COUNTY, OHIO

STATE OF OHIO )    CASE NO. 18CRB04963

vs. )    JUDGE DEANNA O'DONNELL

DENNIS GLENDENNING )
6069 Crossview Road )
Seven Hills, OH 44131 )    **COMPLAINT**

****************************************************************

### Count 21

Complainant, being duly sworn, states as follows:

On or about September 1, 2018, through October 2, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one or more of 19 cats known as "81" through "100"**, did negligently torture, torment, or commit an act of cruelty against the companion animal, in violation of §959.131(D)(1) of the Ohio Revised Code, a misdemeanor of the second degree.

_____
Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.

_____
Notary Public/Deputy Clerk

FILED
PARMA MUNICIPAL COURT
18 OCT 30 AM 9:13

**Exhibit B**

## IN THE PARMA MUNICIPAL COURT
## CUYAHOGA COUNTY, OHIO

STATE OF OHIO ) CASE NO. 18CRB04963
)
vs. ) JUDGE DEANNA O'DONNELL
)
DENNIS GLENDENNING )
6069 Crossview Road )
Seven Hills, OH 44131 ) **COMPLAINT**
)

***************************************************************

### Count 22

Complainant, being duly sworn, states as follows:

On or about September 1, 2018, through October 2, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one or more of 19 cats known as "101" through "120"**, did negligently torture, torment, or commit an act of cruelty against the companion animal, in violation of §959.131(D)(1) of the Ohio Revised Code, a misdemeanor of the second degree.

_____
Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.

_____
Notary Public/Deputy Clerk

FILED
PARMA MUNICIPAL COURT
18 OCT 30 AM 9:18

**Exhibit B**

### IN THE PARMA MUNICIPAL COURT
### CUYAHOGA COUNTY, OHIO

STATE OF OHIO ) CASE NO. 18CRB04963
)
vs. ) JUDGE DEANNA O'DONNELL
)
DENNIS GLENDENNING )
6069 Crossview Road )
Seven Hills, OH 44131 ) **COMPLAINT**
)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

#### Count 23

Complainant, being duly sworn, states as follows:

On or about September 1, 2018, through October 2, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one or more of 15 cats known as "121" through "136"**, did negligently torture, torment, or commit an act of cruelty against the companion animal, in violation of §959.131(D)(1) of the Ohio Revised Code, a misdemeanor of the second degree.

_____
Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.

_____
Notary Public/Deputy Clerk

FILED
PARMA MUNICIPAL COURT
18 OCT 30 AM 9:18



**Exhibit B**

# IN THE PARMA MUNICIPAL COURT
## CUYAHOGA COUNTY, OHIO

STATE OF OHIO )

    vs. )

DENNIS GLENDENNING )
6069 Crossview Road )
Seven Hills, OH 44131 )

CASE NO. 18 CRB04963

JUDGE DEANNA O'DONNELL

**COMPLAINT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Count 24

Complainant, being duly sworn, states as follows:

On or about September 1, 2018 through October 2, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one or more of 6 cats known as "Copper 8", "Arista 33", "Fauna 61", "Myrtle 79", "Barnum 123", and "136"**, did negligently deprive the companion animal of necessary sustenance or confine the companion animal without supplying it during the confinement with sufficient quantities of good, wholesome food and water if it can reasonably be expected that the companion animal would become sick or suffer in any other way as a result of or due to the deprivation or confinement, in violation of §959.131(D)(2) of the Ohio Revised Code, a misdemeanor of the second degree:

_____
Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.

_____
Notary Public/Deputy Clerk

FILED
PARMA MUNICIPAL COURT
18 OCT 30 AM 9: 18

**Exhibit B**

IN THE PARMA MUNICIPAL COURT
CUYAHOGA COUNTY, OHIO

STATE OF OHIO                    )        CASE NO. 18CRB049163
                                 )
        vs.                      )        JUDGE DEANNA O'DONNELL
                                 )
DENNIS GLENDENNING               )
6069 Crossview Road              )
Seven Hills, OH 44131            )        **COMPLAINT**
                                 )

*********************************************************

## Count 25

Complainant, being duly sworn, states as follows:

On or about September 20, 2018 through September 26, 2018, at 6069 Crossview Road, Seven Hills, Ohio, **DENNIS GLENDENNING** who did confine or who was the custodian or caretaker of a companion animal, to wit **one or more of 5 cats known as known as "Fiddy", "Nikki", "Gaga", "Missy" and "TI"**, did negligently deprive the companion animal of necessary sustenance or confine the companion animal without supplying it during the confinement with sufficient quantities of good, wholesome food and water if it can reasonably be expected that the companion animal would become sick or suffer in any other way as a result of or due to the deprivation or confinement, in violation of §959.131(D)(2) of the Ohio Revised Code, a misdemeanor of the second degree.

_____
Complainant

Sworn to and subscribed before me by Humane Agent Joseph Dell'Anno this 29th day of October, 2018.

_____
Notary Public/Deputy Clerk

FILED
PARMA MUNICIPAL COURT
18 OCT 30  AM 9:

**Exhibit B**